THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD BELLOT, Appellant.

Submitted June 22, 2009; decided September 8, 2009

Reported below, 23 Misc 3d 138(A).

Motion for leave to appeal from the Appellate Term order dismissed upon the ground that the Court of Appeals does not

have jurisdiction to entertain the motion (*see* CPLR 5602). Motion for poor person relief dismissed as academic.